Name: _Edward L. Ryan_

Address: _Homeless City_
_of Los Angeles_

Phone: _413 863 5597_

Fax: _____

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 2 2022

CENTRAL DISTRICT OF CALIFORNIA
BY FEE                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Edward Ryan

Plaintiff

v.

Los Angeles City of

Defendant(s).

CASE NUMBER:

2:22-CV-06842-DSF-RAO

To be supplied by the Clerk of
The United States District Court

Camp Complaint

CV-126 (09/09)                PLEADING PAGE FOR A COMPLAINT

In Re Edward Ryan v. City of Los Angeles

I am a Write in Candidate for the office of the Mayor of L.A., Los Angeles. about two years ago a C.A. Statute proposed By a Gums stalker Org. become Law and limited or Violated the Constitutional Rights of Write In Candidates. since then and very recently to the up coming Los Angeles Mayoral Election to be held on Nov. 8, 2022, the Los Angeles City Council has passed an Oridance to Ban Write In Candidates Access to the Ballot BY illegally and unconstitionally allowing Voting Machines not accessible to Voters wishing to vote for the "Write In Candidate" Thus These machines provide No way for a Voter who wishes to vote for me, Ed Ryan, to do so as There is No way said Voter can write in my name for Choice of Mayor of L.A. Said Ballot Modification System was done to intentionally prevent me, Ed Ryan, from having chance to be elected Mayor of L.A. I demand an evidentiary hearing s. that the Court can issue Injunctive Relief to cure This matter.

Ed Ryan, Sept 22, 2022